THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In
 the Interest of Tyrone L., Jr., A Juvenile under the age of seventeen, Appellant.
 
 
 
 
 

Appeal from Richland County
Joseph W. McGowan, III, Family Court Judge

Unpublished Opinion No. 2008-UP-665
Submitted December 1, 2008  Filed December 8, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Tyrone L. Jr., a minor, appeals his commitment
 claiming that his guilty plea was rendered involuntary when the judge refused
 to follow the recommendations from the Department of Juvenile Justice and the
 State. After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Tyrones appeal and grant counsels
 motion to be relieved.[1]
APPEAL DISMISSED. 
HEARN, C.J.,
 SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.